E-filing

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Grant   Jesse
       (Last)   (First)   (Initial)

Prisoner Number  C F U 617

Institutional Address  701 South Abel Street
Milpitas, CA 95035

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jesse Grant III          CV 08  2568
(Enter the full name of plaintiff in this action.)

vs.                              Case No. _____
                                 (To be provided by the clerk of court) JF

Kathleen Smith and the
Safeway Corporation in           COMPLAINT UNDER THE (PR)
Pleasanton California            CIVIL RIGHTS ACT,
                                 42 U.S.C §§ 1983
Inspector Lage of Hayward P.D.
(Enter the full name of the defendant(s) in this action))

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  Elmwood Jail in Milpitas

B.  Is there a grievance procedure in this institution?

    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES ( )    NO (X)

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                       - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___ -NA-___

_____ 2. First formal level ___ -NA- ___

3. Second formal level ___ -NA- ___

_____ 4 Third formal level ___ -NA- ___

E.  Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )   NO (X)

F.  If you did not present your claim for review through the grievance procedure, explain why. THE Jail grievance procedure doesn't deal with Court issues.

II. Parties

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

Jesse Grant III
701 South Abel Street, Milpitas CA 95035

B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1 | place of employment.
2 | KATHLEEN Smith head of security of
3 | the SAFEWAY Corporation in pleasanton
4 | California. INspector LAGE of Hayward
5 | police Department
6 | III.
7 | Statement of Claim
8 | State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.
12 | PAGE 157 OF THE PRELIMINARY HEARING TRANSCRIPT ON JUNE 23, 2004 AT THE
13 | HAYWARD HALL OF JUSTICE, WITNESS KATHLEEN SMITH FROM SAFEWAY
14 | CORPORATION TESTIFIED THAT SHE WAS NEVER GIVEN A PHOTO LINE UP. LATER
15 | ON FEBRUARY 26, 2008 AT THE SAN JOSE HALL OF JUSTICE, THE SAME WITNESS
16 | KATHLEEN SMITH TESTIFIED AN STATED THAT SHE WAS GIVEN A PHOTO LINE UP
17 | AND PICKED MYSELF OUT OF THE SUSPECTS. IN SHORT, I HAVE PROOF, ON
18 | TRANSCRIPTS FROM THE COURT OF LAW PROVING THAT KATHLEEN SMITH
19 | COMMITTED PERJURY BY LYING UNDER OATH IN THE COURT OF LAW IN THE
20 | STATE OF CALIFORNIA. INSPECTOR LAGE STATED ON HIS POLICE REPORT
21 | THAT WITNESS' RICHARD HJULMAN AND TANYA OSORIO VIEWED PHOTO
22 | LINE-UP'S ON MAY 19, 2004. HOWEVER BOTH WITNESS' TESTIFIED AT
23 | THE PRELIMINARY HEARING ON JUNE 23, 2004, THAT PHOTO LINE-UP'S
24 | WERE VIEWED ONLY TWO WEEKS PRIOR TO THEIR TESTIMONY.
25 | IV.   Relief
26 | Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 |

COMPLAINT                                    - 3 -

1 This woman and the Safeway Corporation
2 has caused me to miss my daughters ...
3 ... College Graduation being in Jail. I
4 would like the sum of five million dollars
5 for stress from Inspector J Lage and the
6 Safway Corporations lies.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __14__ day of __MAY__, 20__08__

_____
(Plaintiff's signature)

COMPLAINT

- 4 -

Jesse Larant III
10 ¼ South Abel Street
Milpitas, CA. 95035

COUNTY JAIL
GENERATED MAIL

Clerk of the United States District
Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA. 94102

COUNTY JAIL
GENERAL MAIL