E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JESSE GRANT III

        Plaintiff,

vs. KATHLEEN SMITH
INSPECTOR LAGE OF H.P.D.

        Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JF

(PR)

I, Jesse Grant III declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___∅___ Net: ___∅___

Employer: ___∅___

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Staff on the move_____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ____ No ✓
10          self employment
11     b.   Income from stocks, bonds,           Yes ____ No ✓
12          or royalties?
13     c.   Rent payments?                       Yes ____ No ✓
14     d.   Pensions, annuities, or              Yes ____ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ____ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____— NH —_____
22  _____
23  3.  Are you married?                         Yes ✓ No ____
24  Spouse's Full Name: __Nannette Marie Grant__
25  Spouse's Place of Employment: __MERVYNS__
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ __1100-00__   Net $ __900.00__
28  4.  a.   List amount you contribute to your spouse's support: $ __Ø__

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

J.L.G, J.G.G

5. Do you own or are you buying a home?  Yes ___ No ✓
Estimated Market Value: $ Ø   Amount of Mortgage: $ Ø

6. Do you own an automobile?  Yes ___ No ✓
Make ___ Ø ___ Year ___ Ø ___ Model ___ Ø ___
Is it financed? Yes ___ No ___ If so, Total due: $ Ø
Monthly Payment: $ Ø

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: NONE

Present balance(s): $ Ø
Do you own any cash? Yes ___ No ✓ Amount: $ Ø

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ Ø                  Utilities: Ø
Food: $ Ø                  Clothing: Ø
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Ø | $ Ø | $ Ø |
| Ø | $ Ø | $ Ø |
| Ø | $ Ø | $ Ø |

9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____85,000 for Hospital_
4 | ___Bills_____
5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?    Yes ___  No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |        I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |        I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 5-14-08                           _Jesse_____
17 |    DATE                             SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **JESSE GRANT** for the last six months at

[prisoner name]

**SCC DEPT OF CORRECTION** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **43.33** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **3.00**.

Dated: **12/19/07**

_____
[Authorized officer of the institution]

- 5 -

```
                          SANTA CLARA COUNTY DOC
                           Resident Account Summary
                       Wednesday, December 19, 2007  @15:10
==============================================================================
For PFN: CFU617     GRANT, JESSE
------------------------------------------------------------------------------
   Date     Transaction Description              Amount    Balance   Owed   Held   Refer
------------------------------------------------------------------------------
12/17/2007  EPR      OID:100727222-ComisaryPur     -2.75     1.39
12/10/2007  EPR      OID:100724276-ComisaryPur    -15.98     4.14                    0 +
12/07/2007  DEPMO    11544473136                   20.00    20.12
12/03/2007  EPR      OID:100721302-ComisaryPur     -3.06     0.12
11/26/2007  EPR      OID:100718166-ComisaryPur    -21.06     3.18                   25+00+
11/16/2007  EPR      OID:100715275-ComisaryPur     -5.80    24.24                   50+00+
11/15/2007  DEPMO    10859860135                   30.00    30.04
11/12/2007  EPR      OID:100712131-ComisaryPur    -20.10     0.04                   25+00+
11/10/2007  DEPMO    08-811663247                  20.00    20.14                   25+00+
10/22/2007  EPR      OID:100703018-ComisaryPur     -5.70     0.14                   50+00+
10/15/2007  EPR      OID:100699887-ComisaryPur    -15.62     5.84                   40+00+
10/10/2007  ERF      OID:100696739-ComisaryRef      3.90    21.46
10/08/2007  EPR      OID:100696739-ComisaryPur    -33.19    17.56                   25+00+
10/06/2007  DEPMO    08724673660                   20.00    50.75                   10+00+
10/03/2007  DEPMO    10862411275                   30.00    30.75
10/01/2007  EPR      OID:100693654-ComisaryPur    -12.20     0.75                   50+00+
09/26/2007  ERF      OID:100690554-ComisaryRef      7.78    12.95                   25+00+
09/24/2007  EPR      OID:100690554-ComisaryPur    -21.32     5.17
09/17/2007  EPR      OID:100687462-ComisaryPur    -13.65    26.49                   25+00+
09/16/2007  DEPMO    5753449291                    40.00    40.14         011
09/10/2007  EPR      OID:100684330-ComisaryPur    -20.10     0.14
09/07/2007  DEPMO    10864560824                   20.00    20.24                   250+00
08/27/2007  EPR      OID:100678432-ComisaryPur     -6.95     0.24
08/23/2007  <INP>    Payment for INP on 2007-0     -2.81     7.19
08/23/2007  DEPMO    10859853284                   10.00    10.00                   250+00
08/20/2007  <INP>    OID:100675484-ComisaryPur     -0.09     0.00
08/20/2007  INP      OID:100675484-ComisaryPur      2.90     0.09                    0 +
08/13/2007  EPR      OID:100672481-ComisaryPur     -6.15     0.09
08/08/2007  ERF      OID:100669518-ComisaryRef      5.30     6.24
08/06/2007  EPR      OID:100669518-ComisaryPur    -30.15     0.94
08/05/2007  DEPMO    10864550485                   30.00    31.09                    0 +
08/01/2007  ERF      OID:100666609-ComisaryRef      1.00     1.09
07/30/2007  EPR      OID:100666609-ComisaryPur    -20.92     0.09
07/29/2007  DEPMO    10861173472                   20.00    21.01                    1+00+
07/16/2007  EPR      OID:100660828-ComisaryPur    -19.00     1.01                    5+13+
07/13/2007  ERF      OID:100659958-ComisaryRef     19.80    20.01                    0+14+
07/11/2007  EPR      OID:100659958-ComisaryPur    -19.80     0.21
07/06/2007  DEPMO    10861164562                   20.00    20.01                   12+00+
06/20/2007  EPR      OID:100651010-ComisaryPur     -4.90     0.01                    0+24+
06/13/2007  EPR      OID:100648082-ComisaryPur     -6.35     4.91
06/05/2007  EPR      OID:100644857-ComisaryPur     -4.15    11.26                    0+00+
05/29/2007  EPR      OID:100641882-ComisaryPur    -14.43    15.41         005
05/22/2007  EPR      OID:100638512-ComisaryPur    -16.16    29.84
05/16/2007  DEPCA    INITIAL DEPOSIT - REINSTA     46.00    46.00                   17+00
02/24/2007  RELCASH  RELEASE OR CLOSEOUT TRANS      0.00     0.00
02/24/2007  DCASH MJ BOOKING CASH                   0.00     0.00
                                                                                    17+00+
                                                                                     0 +
                                                                                     5+00+

                                                                                     0 +
```