FILED
08 JUN -2 PM 2:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JESSE Grant III

    Plaintiff,

vs.

KATHEEN Smith and the SAFEWAY Corporation in Pleasanton CA. INspector Lage of Hayward P.D

    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Jesse Grant III, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1:  Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___    Net: ___0___

Employer: ___0___
___0___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____STAff on the move._____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___ No ✓
10          self employment
11      b.   Income from stocks, bonds,                 Yes ___ No ✓
12          or royalties?
13      c.   Rent payments?                             Yes ___ No ✓
14      d.   Pensions, annuities, or                    Yes ___ No ✓
15          life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____- NA -_____
22  _____
23  3.   Are you married?                               Yes ✓ No ___
24  Spouse's Full Name: __Nannette marie Grant_____
25  Spouse's Place of Employment: __MERVyNS_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ __1600.00_____ Net $ __1300.00_____
28  4.   a.   List amount you contribute to your spouse's support:$ __1500.00__

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       (JLG) 14    (JGG) 9
6  _____
7  5.   Do you own or are you buying a home?         Yes ___  No ✓
8  Estimated Market Value: $ Ø           Amount of Mortgage: $ Ø
9  6.   Do you own an automobile?                    Yes ___  No ✓
10 Make __Ø__        Year __Ø__        Model __Ø__
11 Is it financed? Yes __Ø__ No __Ø__ If so, Total due: $ __Ø__
12 Monthly Payment: $ __Ø__
13 7.   Do you have a bank account?  Yes ___ No ✓  (Do not include account numbers.)
14 Name(s) and address(es) of bank: __Ø__
15 _____
16 Present balance(s): $ __Ø__
17 Do you own any cash? Yes ___ No ✓  Amount: $ __Ø__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ __Ø__                        Utilities: __Ø__
23 Food: $ __Ø__                        Clothing: __Ø__
24 Charge Accounts:
25 Name of Account           Monthly Payment          Total Owed on This Acct.
26 __Ø__                  $ __Ø__                   $ __Ø__
27 __Ø__                  $ __Ø__                   $ __Ø__
28 __Ø__                  $ __Ø__                   $ __Ø__

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

85,000.00 To Eden Hospital in Castro Valley

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

— NA —

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-29-08
DATE

[signature]
SIGNATURE OF APPLICANT

Case Number: CV 08 2568
9F4 617 (JF)(PR)

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Jesse Grant III__ for the last six months [prisoner name] __Elmwood Jail in Milpitas__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __47.50__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __8.32__.

Dated: __5/29/08__

_____
[Authorized officer of the institution]
Accountant II

Resident Account Summary
Wednesday, April 16, 2008 @15:42

For PFN: CFU617    GRANT, JESSE

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 04/07/2008 | EPR | OID:100773972-ComisaryPur | -21.35 | 0.35 | 0.00 | 0.00 | |
| 04/06/2008 | DEPMO | 11957162995 | 20.00 | 21.70 | 0.00 | 0.00 | |
| 03/24/2008 | EPR | OID:100768052-ComisaryPur | -38.36 | 1.70 | 0.00 | 0.00 | |
| 03/19/2008 | DEPMO | 11545865392 | 40.00 | 40.06 | 0.00 | 0.00 | |
| 03/10/2008 | EPR | OID:100761963-ComisaryPur | -12.05 | 0.06 | 0.00 | 0.00 | |
| 03/07/2008 | WARRANT INM | 2ND COURT FEE | -8.00 | 12.11 | 0.00 | 0.00 | |
| 03/06/2008 | DEPMO | 11957156133 | 20.00 | 20.11 | 0.00 | 0.00 | |
| 02/18/2008 | EPR | OID:100752992-ComisaryPur | -9.80 | 0.11 | 0.00 | 0.00 | |
| 02/11/2008 | WARRANT INM | INITIAL FILLING COURT FEE | -8.66 | 9.91 | 0.00 | 0.00 | |
| 02/11/2008 | EPR | OID:100749891-ComisaryPur | -4.45 | 18.57 | 0.00 | 0.00 | |
| 02/04/2008 | EPR | OID:100746962-ComisaryPur | -15.30 | 23.02 | 0.00 | 0.00 | |
| 01/28/2008 | EPR | OID:100744009-ComisaryPur | -13.70 | 38.32 | 0.00 | 0.00 | |
| 01/25/2008 | DEPMO | 11545859035 | 40.00 | 52.02 | 0.00 | 0.00 | |
| 01/21/2008 | EPR | OID:100741210-ComisaryPur | -6.55 | 12.02 | 0.00 | 0.00 | |
| 01/14/2008 | EPR | OID:100738312-ComisaryPur | -15.60 | 18.57 | 0.00 | 0.00 | |
| 01/07/2008 | EPR | OID:100735435-ComisaryPur | -17.22 | 34.17 | 0.00 | 0.00 | |
| 01/05/2008 | DEPMO | 11547433258 | 25.00 | 51.39 | 0.00 | 0.00 | |
| 12/29/2007 | DEPMO | 08-803656939 | 25.00 | 26.39 | 0.00 | 0.00 | |
| 12/17/2007 | EPR | OID:100727222-ComisaryPur | -2.75 | 1.39 | 0.00 | 0.00 | |
| 12/10/2007 | EPR | OID:100724276-ComisaryPur | -15.98 | 4.14 | 0.00 | 0.00 | |
| 12/07/2007 | DEPMO | 11544473136 | 20.00 | 20.12 | 0.00 | 0.00 | |
| 12/03/2007 | EPR | OID:100721302-ComisaryPur | -3.06 | 0.12 | 0.00 | 0.00 | |
| 11/26/2007 | EPR | OID:100718166-ComisaryPur | -21.06 | 3.18 | 0.00 | 0.00 | |
| 11/16/2007 | EPR | OID:100715275-ComisaryPur | -5.80 | 24.24 | 0.00 | 0.00 | |
| 11/15/2007 | DEPMO | 10859860135 | 30.00 | 30.04 | 0.00 | 0.00 | |
| 11/12/2007 | EPR | OID:100712131-ComisaryPur | -20.10 | 0.04 | 0.00 | 0.00 | |
| 11/10/2007 | DEPMO | 08-811663247 | 20.00 | 20.14 | 0.00 | 0.00 | |
| 10/22/2007 | EPR | OID:100703018-ComisaryPur | -5.70 | 0.14 | 0.00 | 0.00 | |
| 10/15/2007 | EPR | OID:100699887-ComisaryPur | -15.62 | 5.84 | 0.00 | 0.00 | |
| 10/10/2007 | ERF | OID:100696739-ComisaryRef | 3.90 | 21.46 | 0.00 | 0.00 | |
| 10/08/2007 | EPR | OID:100696739-ComisaryPur | -33.19 | 17.56 | 0.00 | 0.00 | |
| 10/06/2007 | DEPMO | 08724673660 | 20.00 | 50.75 | 0.00 | 0.00 | |
| 10/03/2007 | DEPMO | 10862411275 | 30.00 | 30.75 | 0.00 | 0.00 | |
| 10/01/2007 | EPR | OID:100693654-ComisaryPur | -12.20 | 0.75 | 0.00 | 0.00 | |
| 09/26/2007 | ERF | OID:100690554-ComisaryRef | 7.78 | 12.95 | 0.00 | 0.00 | |
| 09/24/2007 | EPR | OID:100690554-ComisaryPur | -21.32 | 5.17 | 0.00 | 0.00 | |
| 09/17/2007 | EPR | OID:100687462-ComisaryPur | -13.65 | 26.49 | 0.00 | 0.00 | |
| 09/16/2007 | DEPMO | 5753449291 | 40.00 | 40.14 | 0.00 | 0.00 | |
| 09/10/2007 | EPR | OID:100684330-ComisaryPur | -20.10 | 0.14 | 0.00 | 0.00 | |
| 09/07/2007 | DEPMO | 10864560824 | 20.00 | 20.24 | 0.00 | 0.00 | |
| 08/27/2007 | EPR | OID:100678432-ComisaryPur | -6.95 | 0.24 | 0.00 | 0.00 | |
| 08/23/2007 | <INP> | Payment for INP on 2007-0 | -2.81 | 7.19 | 0.00 | 0.00 | |
| 08/23/2007 | DEPMO | 10859853284 | 10.00 | 10.00 | 2.81 | 0.00 | |
| 08/20/2007 | <INP> | OID:100675484-ComisaryPur | -0.09 | 0.00 | 2.81 | 0.00 | |
| 08/20/2007 | INP | OID:100675484-ComisaryPur | 2.90 | 0.09 | 2.90 | 0.00 | |
| 08/13/2007 | EPR | OID:100672481-ComisaryPur | -6.15 | 0.09 | 0.00 | 0.00 | |
| 08/08/2007 | ERF | OID:100669518-ComisaryRef | 5.30 | 6.24 | 0.00 | 0.00 | |
| 08/06/2007 | EPR | OID:100669518-ComisaryPur | -30.15 | 0.94 | 0.00 | 0.00 | |
| 08/05/2007 | DEPMO | 10864550485 | 30.00 | 31.09 | 0.00 | 0.00 | |
| 08/01/2007 | ERF | OID:100666609-ComisaryRef | 1.00 | 1.09 | 0.00 | 0.00 | |
| 07/30/2007 | EPR | OID:100666609-ComisaryPur | -20.92 | 0.09 | 0.00 | 0.00 | |
| 07/29/2007 | DEPMO | 10861173472 | 20.00 | 21.01 | 0.00 | 0.00 | |
| 07/16/2007 | EPR | OID:100660828-ComisaryPur | -19.00 | 1.01 | 0.00 | 0.00 | |
| 07/13/2007 | ERF | OID:100659958-ComisaryRef | 19.80 | 20.01 | 0.00 | 0.00 | |
| 07/11/2007 | EPR | OID:100659958-ComisaryPur | -19.80 | 0.21 | 0.00 | 0.00 | |
| 07/06/2007 | DEPMO | 10861164562 | 20.00 | 20.01 | 0.00 | 0.00 | |
| 06/20/2007 | EPR | OID:100651010-ComisaryPur | -4.90 | 0.01 | 0.00 | 0.00 | |
| 06/13/2007 | EPR | OID:100648082-ComisaryPur | -6.35 | 4.91 | 0.00 | 0.00 | |

```
                              SANTA CLARA COUNTY DOC
                              ==============================
                                 Resident Account Summary
                              Wednesday, April 16, 2008  @15:42
==============================================================================
For PFN: CFU617    GRANT, JESSE
------------------------------------------------------------------------------
    Date      Transaction  Description              Amount   Balance   Owed    Held    Reference
------------------------------------------------------------------------------
06/05/2007    EPR          OID:100644857-ComisaryPur  -4.15    11.26   0.00    0.00
05/29/2007    EPR          OID:100641882-ComisaryPur -14.43    15.41   0.00    0.00
05/22/2007    EPR          OID:100638512-ComisaryPur -16.16    29.84   0.00    0.00
05/16/2007    DEPCA        INITIAL DEPOSIT - REINSTA  46.00    46.00   0.00    0.00
02/24/2007    RELCASH      RELEASE OR CLOSEOUT TRANS   0.00     0.00   0.00    0.00
02/24/2007    DCASH MJ     BOOKING CASH                0.00     0.00   0.00    0.00
```

------------------------------------------------------------------------------
Page 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-ling

Dear Sir or Madam:

Your complaint has been filed as civil case number _____ JF___(PR)

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. *

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months. *

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 10/25/07

GRANT

