To whom it my Concern.

My Name is Jesse Grant, I'm know longer in Elmwood Jail. My New Address is (San Quentin state prison) San Quentin CA 94974.

I have two cases with your office!

1 - First Amended Complaint 07-6191-JF (PR)
2. CV-08-2568 JF (PR)

Here's photo's for the first case.

Thank you for your time!

*Jesse [signature]*

RECEIVED
JUL 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JESSE Groitt III G-25984 4-B-20-4
San Quentin STATE prison
San Quentin CA. 94974

Office of the CLERK US District
Northern District of California
450 GolDen GATE AVE
SAN FRANCISCO, CALIFORNIA 94102



94102-3432 0004

USPS postage $00.00 mailed JUL 30 2008 from ZIP code 94964