To Whom it may Concern.

My Name is Jesse Grant III My Address has Changed. I'm no longer in Milpitas Jail. I'm in San Quentin State prison, it would be great two have the Status on both of my

1. First Amended Complaint 07-6191 (JF)(PR)

2. CV08-2568 (JF)(PR)

I have all the Documents to support my facts when needed. In Both cases. Thank you for your time /

Sincerely
Jesse Grant III

NC

FILED 08
2008 AUG 26 A 10 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Jesse Grant III G-25984 2-B-4
San Quentin State Prison
San Quentin CA. 94974

Office of the Clerk U.S. District Court
Northern District of California
280 South First Street Room 2112
San Jose, California 95113-3095