IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -2  3:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

JESSE Grant III
    vs.        Plaintiff,

KATHLEEN Smith, and
Inspector J. Lage of the
Hayward Police Department
        Defendants.

NO. C 08-02568 JF (PR)
Response To Order
For Further Information

1. On 3/13/2008 I was Convicted By Jury in Santa Clara County.
   On 5/10/2006 I was Convicted in Alameda County.

2. In Alameda County 4 counts Second Degree Burglary
   In Santa Clara County 8 counts Second Degree Burglary

3. In Alameda County, I did 18 months in Jail, then I was given five years probation.

   In Santa Clara County my sentence was 200 years to life plus 32 years.



Jesse Grant III G-25984 2-B-4
San Quentin State Prison
San Quentin CA. 94974

Office of The Clerk U.S. District
Court.
Northern District of California
280 South First Street Room 2112
San Jose, California 95113-3095



Case 5:08-cv-02568-JF   Document 8   Filed 09/02/2008   Page 3 of 3